IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL KLINGER, et al. ) | Case No. 4:88cv399 |
| ) | |
| Plaintiffs, ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| DEPARTMENT OF CORRECTIONS, ) | |
| et al. ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiffs shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Sealed Exhibits 968, 972, 981, 982, 1000, 1004, 1011, 1016, 1020, and 1032

From Trial held July 27, 1992 - August 22, 1992

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 3rd day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge